FILED

2009 MAY 22 PM 3: 27

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INFORMATION |
| Plaintiff, ) | |
| vs. ) | Cr. No.: 09 CR 238 |
| JESSICA WATKINS, ) | Title 42, United States Code, Section 408(a) |
| Defendant. ) | |

JUDGE JAMES G. CARR

The United States Attorney charges that:

From in or about December 2005, to in or about October 2008, in the Northern District of Ohio, Western Division, the defendant, JESSICA WATKINS, did knowingly and willfully misrepresent, conceal, and fail to disclose to the Social Security Administration material facts that would have made her ineligible to receive Title XVI Supplemental Security Income (SSI) benefits as representative payee on behalf of her minor child. Specifically, defendant JESSICA WATKINS concealed and failed to report that on November 23, 2005, she lost custody of her minor child and was no longer eligible to receive as representative payee the minor child's SSI benefits. As a result of the defendant's material misrepresentations, concealment, and failure to disclose material facts, the defendant received in her capacity as representative payee approximately $21,058 in Title XVI SSI benefits that would not otherwise have been paid.

All in violation of Title 42, United States Code, Section 408(a).

*William J. Edwards*
WILLIAM J. EDWARDS
United States Attorney

ORIGINAL